```
PETER C. PAPPAS #080502
Pappas & Pappas-Rajotto LLP
3105 Lone Tree Way, Suite A
Antioch, CA 94509
(925) 754-0772 office
(925) 754-7183 facsimile

Attorney for Debtors
Michael Garcia Cipriano
Jeannette Angelita Cipriano
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

MICHAEL GARCIA CIPRIANO,

JEANNETTE ANGELITA CIPRIANO

Debtor(s).

Case No.: 17-41165
Chapter 13

**DECLARATION ASSOCIATE OF COUNSEL**

I, Debtor Michael Garcia Cipriano, hereby agree to allow Attorney Peter C. Pappas associate with my current Bankruptcy Attorney William Rubendall.

1. _[signature]_, Debtor, Michael Cipriano

2. _[signature: William Rubendall]_, Attorney for Case William Rubendall

I accept as associate,

3. _[signature]_, Peter C. Pappas

Dated: August 28, 2018

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | Martha G. Bronitsky |
|   | Chapter 13 Standing Trustee |
| 3 | P.O. Box 9077 |
|   | Pleasanton, CA 94566 |
| 4 | **(Served Electronically Only)** |
| 5 | |
|   | US Trustee |
| 6 | 1300 Clay Street, Rm # 680N |
|   | Oakland, CA 94612 |
| 7 | **(Served Electronically Only)** |
| 8 | |
|   | William Rubendall |
| 9 | 3700 Delta Fair Blvd. Suite 208 |
|   | Antioch, CA 94509 |
| 10 | |
| 11 | Kristin A. Zilberstein, Esq. 318465) LAW OFFICES OF MICHELLE GHIDOTTI |
| 12 | 1920 Old Tustin Avenue |
|   | Santa Ana, CA 92705 |
| 13 | |

Case: 17-41165  Doc# 81  Filed: 08/29/18  Entered: 08/29/18 11:25:31  Page 2 of 2